In the Matter of the Estate of ALEXANDRA NOWAKOWSKI, Deceased. LOUIS SZCZUKOWSKI et al., as Executors of ALEXANDRA NOWAKOWSKI, Deceased, Respondents; FELIX NOWAKOWSKI, Appellant.—

Memorandum: It appears uncontradicted that the record does not correctly state the facts which were before the Surrogate at the time he rendered his decision. In that situation the appellant is entitled to have the record corrected so as to state the uncontradicted facts which were before the Surrogate at the time he rendered his decision. All concur. (Appeal from an order of Erie Surrogate's Court denying a motion to be relieved of stipulations settling the record on appeal and to correct record on appeal.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [See *post*, p. 989.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BLACKWELL, Appellant.—

Memorandum: We think on this record it is clear that the defendant acted in self-defense and consequently he should not have been convicted on either count of the indictment. All concur. (Appeal from a judgment of Erie County Court, convicting defendant of the crime of assault, second degree, on two counts.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.